OPINION — AG — ** VETERAN PREFERENCE — MERIT SYSTEM — STATE OFFICE OF PERSONNEL ** IN THE EVENT REGISTERS ARE ESTABLISHED, THE VETERANS PREFERENCE PROVIDED FOR IN THE MERIT SYSTEM OF PERSONNEL ADMINISTRATION, 74 O.S. 840.15 [74-840.15], APPLIES TO PROMOTIONS FOR ELIGIBLE STATE EMPLOYEES IN COMPETITIVE AND NONCOMPETITIVE POSITIONS AS WELL AS TO THE INITIAL HIRING OF SUCH EMPLOYEES. (CLASSIFIED, UNCLASSIFIED, EXAMINATIONS, DISABLED VETERANS EMPLOYMENT ACT) CITE: 5 U.S.C.A. 2108, 72 O.S. 67.13A [72-67.13A], 74 O.S. 840.15 [74-840.15](A), 74 O.S. 840.21 [74-840.21], 72 O.S. 403 [72-403](B), 72 O.S. 403 [72-403](A), 72 O.S. 301 [72-301], OPINION NO. 65-321, RULE 4.14.1 (BETTY E. HUNTER)